UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAVENNAVI SpA,                                    :     08 CV _____

                Plaintiff,                           :

  - against -                                         :

PROJECTOR S.A.,                                   :

                Defendant.                           :
----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly held corporation(s) that own(s) 10% or more of its stock: None.

Dated: July 1, 2008
       New York, NY

                                  The Plaintiff,
                                RAVENNAVI SpA

                            By: _____
                                Kevin J. Lennon
                                Anne C. LeVasseur

                            LENNON, MURPHY & LENNON, LLC
                            The Gray Bar Building
                            420 Lexington Avenue, Suite 300
                            New York, NY 10170
                            (212) 490-6050 - phone
                            (212) 490-6070 - fax
                            kjl@lenmur.com
                            acl@lenmur.com